**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3931
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS NELSON KEYS

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-CR-00234-GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| v. ) | |
| THOMAS NELSON KEYS, ) | |
| Defendant. ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt and defendant, Thomas Nelson Keys, by and through his counsel, Erin J. Radekin, agree and stipulate to vacate the date set for status conference, January 27, 2017 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to March 31, 2017 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that Ms. Radekin received 11 (eleven) disks of discovery on January 19, 2017 and has been informed by the AUSA that three more discovery disks are coming. Ms. Radekin needs time to review this discovery. The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this

1

stipulation until March 31, 2017 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED

Dated: January 24, 2017           PHILLIP A. TALBERT
                                  Acting United States Attorney

                            By:   /s/ Jason Hitt
                                  JARED CHASE DOLAN
                                  Assistant United States Attorney

Dated: January 24, 2017            /s/ Erin J. Radekin
                                  ERIN J. RADEKIN
                                  Attorney for Defendant
                                  THOMAS NELSON KEYS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of January 27, 2017 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on March 31, 2017 at 9:00 a.m.  The Court finds excludable time in this matter through March 31, 2017 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.
Dated:  January 25, 2017

1
2
3  _____
4  GARLAND E. BURRELL, JR.
   Senior United States District Judge
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28