ERIN J. RADEKIN
Attorney at Law - SBN 214964
1001 G Street, Suite 100
Sacramento, California 95814
Telephone: (916) 504-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS NELSON KEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00234-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE STATUS** |
| | ) | **CONFERENCE** |
| | ) | |
| THOMAS NELSON KEYS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Thomas Nelson Keys, by and through his attorney, Erin J. Radekin, agree and stipulate to vacate the date currently set for status conference, September 15, 2017 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to October 20, 2017 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

The reason for this request is that the parties need additional time to obtain the laboratory reports and review them, for investigation, and for plea negotiations. The defense also needs

STIPULATION AND [PROPOSED] ORDER - 1

additional time for defense preparation and attorney-client communications regarding plea agreements.  The Court is advised that Mr. Hitt concurs with this request and has authorized Ms. Radekin to sign this stipulation on his behalf.

The parties further agree and stipulate that the time period from the filing of this stipulation until October 20, 2017 should be excluded in computing time for commencement of trial under the Speedy Trial Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(7)(B)(iv), and Local Code T4, to allow reasonable time necessary for effective defense preparation.  It is further agreed and stipulated that the ends of justice served in granting the request outweigh the best interests of the public and the defendant in a speedy trial.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: September 14, 2017                                    PHILLIP A. TALBERT
                                                             United States Attorney

                                                    By:      /s/ Jason Hitt
                                                             JASON HITT
                                                             Assistant United States Attorney


Dated: September 14, 2017                                    /s/ Erin J. Radekin
                                                             ERIN J. RADEKIN
                                                             Attorney for Defendant
                                                             THOMAS NELSON KEYS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference date of September 15, 2017 at 9:00 a.m. is VACATED and the above-captioned matter is set for status conference on October 20, 2017 at 9:00 a.m.  The Court finds excludable time in this matter through October 20, 2017 under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow reasonable time necessary for effective defense preparation.  For the

reasons stipulated by the parties, the Court finds that the interest of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

Dated: September 14, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge