**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS NELSON KEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-cr-00234-GEB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER TO CONTINUE JUDGMENT** |
| ) | **AND SENTENCING** |
| ) | |
| THOMAS NELSON KEYS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**STIPULATION**

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Thomas Nelson Keys, by and through his attorney, Erin J. Radekin, agree and stipulate to vacate the date currently set for judgment and sentencing, January 19, 2018 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to February 16, 2018 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

STIPULATION AND [PROPOSED] ORDER - 1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Written, or informal, objections | January 19, 2018 |
| Final PSR | January 26, 2018 |
| Motion for correction of PSR | February 2, 2018 |
| Government's reply | February 9, 2018 |

The reason for this request is that additional time is needed by the defense to complete investigation into mitigation for use at sentencing, and completion of the informal objections. The Court is advised that Mr. Hitt and Probation Officer Nisha Modica concur with this request and Mr. Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation. IT IS SO STIPULATED.

Dated: December 22, 2017                PHILLIP A. TALBERT
                                        United States Attorney

                                   By:  /s/ Jason Hitt
                                        JASON HITT
                                        Assistant United States Attorney

Dated: December 22, 2017                /s/ Erin J. Radekin
                                        ERIN J. RADEKIN
                                        Attorney for Defendant
                                        THOMAS NELSON KEYS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the judgment and sentencing date of January 19, 2018 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on February 16, 2018 at 9:00 a.m.

Further, the schedule of disclosure relating to the PSR is modified as follows:

| | |
|---|---|
| Written, or informal, objections | January 19, 2018 |
| Final PSR | January 26, 2018 |
| Motion for correction of PSR | February 2, 2018 |
| Government's reply | February 9, 2018 |

IT IS SO ORDERED.

Dated: January 2, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge