1
**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
2
1001 G Street, Suite 107
3
Sacramento, California 95814
Telephone: (916) 504-3331
4
Facsimile: (916) 447-2988
5
Attorney for Defendant
6
THOMAS NELSON KEYS

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
UNITED STATES OF AMERICA,           )       2:16-cr-00234-GEB
12                                          )
                     Plaintiff,     )
13                                          )       **STIPULATION AND [PROPOSED]**
   v.                               )       **ORDER TO CONTINUE JUDGMENT**
14                                          )       **AND SENTENCING**
                                    )
15                                          )
   THOMAS NELSON KEYS,               )
16                                          )
                     Defendant.     )
17                                          )
   _____  )
18

19                              **STIPULATION**

20
        Plaintiff, United States of America, by and through its counsel, Assistant United States
21
22   Attorney Jason Hitt, and defendant, Thomas Nelson Keys, by and through his attorney, Erin J.

23   Radekin, agree and stipulate to vacate the date currently set for judgment and sentencing,

24   February 16, 2018 at 9:00 a.m., in the above-captioned matter, and to continue the status

25   conference to March 2, 2018 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell,

26
     Jr.
27

28

                          STIPULATION AND [PROPOSED] ORDER - 1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

| | |
|---|---|
| Written, or informal, objections | February 7, 2018 |
| Final PSR | February 9, 2018 |
| Motion for correction of PSR | February 16, 2018 |
| Government's reply | February 23, 2018 |

The reason for this request is that additional time is needed by the defense to complete investigation into mitigation for use at sentencing, and completion of the informal objections. The Court is advised that Mr. Hitt and Probation Officer Nisha Modica concur with this request and Mr. Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: January 22, 2018

PHILLIP A. TALBERT
United States Attorney

By:     /s/ Jason Hitt
JASON HITT
Assistant United States Attorney

Dated: January 22, 2018

/s/ Erin J. Radekin
ERIN J. RADEKIN
Attorney for Defendant
THOMAS NELSON KEYS

## ORDER

For the reasons set forth in the accompanying stipulation and declaration of counsel, the judgment and sentencing date of February 16, 2018 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on March 2, 2018 at 9:00 a.m.

Further, the schedule of disclosure relating to the PSR is modified as follows:

| | |
|---|---|
| Written, or informal, objections | February 7, 2018 |
| Final PSR | February 9, 2018 |
| Motion for correction of PSR | February 16, 2018 |
| Government's reply | February 23, 2018 |

IT IS SO ORDERED.

Dated:  January 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge