**ERIN J. RADEKIN**
**Attorney at Law - SBN 214964**
1001 G Street, Suite 107
Sacramento, California 95814
Telephone: (916) 504-3331
Facsimile: (916) 447-2988

Attorney for Defendant
THOMAS NELSON KEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:16-cr-00234-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| v. | ) | **ORDER TO CONTINUE JUDGMENT** |
| | ) | **AND SENTENCING** |
| | ) | |
| THOMAS NELSON KEYS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Jason Hitt, and defendant, Thomas Nelson Keys, by and through his attorney, Erin J. Radekin, agree and stipulate to vacate the date currently set for judgment and sentencing, March 16, 2018 at 9:00 a.m., in the above-captioned matter, and to continue the status conference to April 6, 2018 at 9:00 a.m. in the courtroom of the Honorable Garland E. Burrell, Jr.

STIPULATION AND [PROPOSED] ORDER - 1

In addition, the parties stipulate to the following modification to the schedule of disclosure relating to the pre-sentence report ("PSR"):

    Motion for correction of PSR        March 22, 2018

    Government's reply        March 29, 2018

The reason for this request is that additional time is needed for the government and the defense to resolve a disputed sentencing issue and for the defense to complete the motion for correction of the PSR. The Court is advised that Mr. Hitt and Probation Officer Nisha Modica concur with this request and Mr. Hitt has authorized Ms. Radekin to sign this stipulation on his behalf.

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: March 7, 2018                              MCGREGOR W. SCOTT
                                              United States Attorney

                                          By:    /s/ Jason Hitt
                                                   JASON HITT
                                                   Assistant United States Attorney

Dated: March 7, 2018                              /s/ Erin J. Radekin
                                                 ERIN J. RADEKIN
                                                 Attorney for Defendant
                                                 THOMAS NELSON KEYS

//

**ORDER**

For the reasons set forth in the accompanying stipulation and declaration of counsel, the judgment and sentencing date of March 16, 2018 at 9:00 a.m. is VACATED and the above-captioned matter is set for judgment and sentencing on April 6, 2018 at 9:00 a.m.

Further, the schedule of disclosure relating to the PSR is modified as follows:

| | |
|---|---|
| Motion for correction of PSR | March 22, 2018 |
| Government's reply | March 29, 2018 |

IT IS SO ORDERED.

Dated: March 8, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge