UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS KEYS,<br><br>        Defendant. | No. 2:16-cr-234-GEB<br><br>ORDER DECIDING OBJECTION TO SENTENCING ENHANCEMENT IN PRESENTENCE REPROT |

Defendant Thomas Nelson Keys objects to statements of fact in the Pre-Sentence Report ("PSR") arguing they "are based on the statements of a confidential informant in paragraphs 5, 7, 10, 11 and 37, [and should] be stricken from the PSR, and [that] the firearm use enhancement [under] U.S.S.G. § 2D1.1(b)(1) should not be imposed because [the] enhancement is based on the statements of a confidential informant whose identity has not been disclosed and whose reliability has not been established." Def.'s Mot. to Correct PSR at 2:4-9, ECF. 42.

The objection is overruled because the evidence evinces that the defendant possessed the .9mm handgun recovered from apartment number 47 on December 1, 2016, during the commission of his ongoing heroin dealing because, earlier that day, he spoke to the DEA confidential source over the phone "regarding the possible purchase of four ounces of heroin" on December 1, 2016. Further, as the Probation Officer states in Response to Informal

1

Objections, at page 1, dated February 20, 2018:

> [A]ccording to the case agent, information provided by the confidential source was proven reliable and independently corroborated through telephone records, physical surveillance, public records . . . . Discovery reflects that the confidential source made multiple calls to Keys which were recorded and monitored by case agents. Also, on multiple instances, the confidential source was outfitted with a concealed digital recording device and/or a concealed transmitter and recorder for the purposes of monitoring and recording the transactions with Keys, and some of the transactions were observed by agents via physical surveillance. The case agents also observed text messages that the confidential source received from Keys.

A copy of this order must be appended to any copy of the PSR made available to the Bureau of Prisons.

Dated: April 6, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge