**ERIN J. RADEKIN**
**Attorney at Law – SBN 214964**
1001 G Street, Suite 100
Sacramento, CA 95814
Telephone:  (916) 504-3931
Facsimile:   (916) 447-2988

Attorney for Defendant
THOMAS KEYS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THE UNITED STATES OF AMERICA**, <br><br>                       Plaintiff, <br><br>            v. <br><br> **THOMAS KEYS,** <br><br>                       Defendant. | CASE NO. 2:16-CR-00234-KJM-1 <br><br> **STIPULATION AND ORDER MODIFYING DUE DATE FOR REPLY TO GOVERNMENT'S OPPOSITION TO EMERGENCY MOTION FOR COMPASSIONATE RELEASE** |

The United States and defendant Thomas Keys, by and through his attorney of record, Erin J. Radekin, respectfully submit this stipulation and proposed order requesting to modify the date due for the reply brief relating to Mr. Keys's Emergency Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(C)(1)(A)(i), ECF no. 56.

The parties agree and stipulate as follows:

1. The government filed an opposition to Mr. Keys's motion on September, 8, 2020.  ECF no. 58.  Pursuant to Local Rule 430.1(e), any reply to the government's opposition is due on September 11, 2020.

2. The parties agree modification of the date due for the reply is warranted to allow Ms. Radekin the necessary time to obtain current information regarding the spread of COVID-19 at FCI Terminal Island and BOP's response to the pandemic, to investigate the current state of medical science relating to

1

COVID-19 reinfection and the reemergence of symptoms after infection, and to prepare the reply to the government's opposition.  Accordingly, the parties agree to modify the date due for the reply brief to **September 16, 2020**.

IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: September 10, 2020 | McGREGOR W. SCOTT<br>United States Attorney |
|  | /s/ Jason Hitt<br>JASON HITT<br>Assistant United States Attorney |
| Dated: September 10, 2020 | /s/ Erin J. Radekin<br>ERIN J. RADEKIN<br>Counsel for Defendant<br>THOMAS KEYS |

**ORDER**

IT IS SO ORDERED this 14th day of October, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE